IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONNA M. SMITH, | § | |
| | § | No. 457, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for Kent County |
| | § | |
| FANNIE MAE a/k/a FEDERAL | § | C.A. No. K13L-01-002 |
| NATIONAL MORTGAGE | § | |
| ASSOCIATION, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 10, 2015
Decided: September 14, 2015

**O R D E R**

This 14th day of September 2015, it appears to the Court that:

(1)   The appellant, Donna M. Smith, filed this appeal from the Superior Court's order of July 24, 2015, granting a writ of possession to the appellee, Fannie Mae a/k/a Federal National Mortgage Association.  The July 24 order provided that "[t]he Rule to Show Cause shall be made absolute on September 24, 2015, and the Writ of Possession shall issue immediately thereafter."

(2)   On August 27, 2015, the Clerk issued a notice, by certified mail and regular mail, directing Smith to show cause why this appeal should not be dismissed for her failure to comply with Supreme Court Rule 42 when

taking an appeal from an apparent interlocutory order. Smith has not responded to the notice to show cause within the required ten-day period. Dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:
/s/ Leo E. Strine, Jr.
Chief Justice